NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BRIGANTI and ANNETTE BRIGANTI,<br><br>Plaintiffs,<br><br>v.<br><br>HMS HOST INTERNATIONAL, *et al.*,<br><br>Defendants. | Civil Action No.: 14-cv-4813 (CCC-SCM)<br><br>**ORDER** |

This matter comes before the Court upon the objections of Defendants Roberto Rivera ("Rivera") and HMSHost Tollroads, Inc. ("HMSHost," and collectively, "Defendants") to Magistrate Judge Steven C. Mannion's Report and Recommendation on the motion by Plaintiffs Robert and Annette Briganti ("Plaintiffs") to remand this action to state court. ECF No. 7. For the reasons set forth in the Opinion filed herewith,

**IT IS** on this 16 day of March, 2015

**ORDERED** that Defendants' objections to Judge Mannion's Report and Recommendation are overruled; and it is further

**ORDERED** that Judge Mannion's Report and Recommendation is hereby adopted in full; and it is further

**ORDERED** that this case be remanded to the Superior Court of New Jersey; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.